Opinion issued December 17, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00493-CV






FELICIA SHEPPARD, ALEX GRIGSBY, MELVIN JACKSON, GERALD
THOMAS, CLAUDINE FAULKNER, RUFINO RAZO, DAVID CRISWELL,
LARRY OLIVER, MICHAEL CLOUDY, MARK FLETCHER, QUINCY
RATCLIFF AND RANDY HORN, Appellants


V.


STANLEY B. BROUSSARD AND STANLEY B. BROUSSARD, P.C.,
Appellees






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2006-05430






MEMORANDUM OPINION Appellants, FELICIA SHEPPARD, ALEX GRIGSBY, MELVIN JACKSON,
GERALD THOMAS, CLAUDINE FAULKNER, RUFINO RAZO, DAVID
CRISWELL, LARRY OLIVER, MICHAEL CLOUDY, MARK FLETCHER,
QUINCY RATCLIFF, AND RANDY HORN, have failed to timely file a brief. See
Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that
this appeal was subject to dismissal, appellants did not adequately respond. See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.